# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:20cr39-007 |
| Plaintiff, | ) ) | JUDGE DAN AARON POLSTER |
| vs. | ) ) | ORDER ACCEPTING PLEA AGREEMENT, JUDGMENT AND |
| TRESHONE LEWIS, | ) ) | REFERRAL TO U.S. PROBATION OFFICE |
| Defendant(s). | ) ) |  |

This case is before the Court on a Report and Recommendation filed by United States Magistrate Judge William H. Baughman, Jr., regarding the change of plea hearing of Treshone Lewis which was referred to the Magistrate Judge with the consent of the parties.

On January 15, 2020, the Government filed a fifteen count Indictment, charging Defendant Lewis in four counts, with Conspiracy to Possess with Intent to Distribute Controlled Substances, Possession of a Firearm in Furtherance of a Drug Trafficking Crime, Possession with Intent to Distribute Carfentanil, Possession with Intent to Distribute Cocaine, in violation of Titles 21 U.S.C. §§ 846, 18 U.S.C. § 924(c)(1)(A)(i), 21 U.S.C. § 841(a)(1) and (b)(1)(B), and 21 U.S.C. § 841(a)(1) and (b)(1)(C). Defendant Lewis was arraigned on January 22, 2020, and entered a plea of not guilty to Counts 1, 3, 10 and 11 of the Indictment before this Court. On May 3, 2022, Magistrate Judge William H. Baughman, Jr., received Defendant Lewis' plea of guilty to Count 1, 3, and 10 of the Indictment and issued a Report and Recommendation ("R&R"), concerning whether the plea should be accepted and finding of guilty entered.

Neither party submitted objections to the Magistrate Judge's R&R in the fourteen days after it was issued.

On de novo review of the record, the Magistrate Judges R&R is adopted. Defendant Lewis is found to be competent to enter a plea and to understand his constitutional rights.  He is aware of the charges and of the consequences of entering a plea.  There is an adequate factual basis for the plea. The Court finds the plea was entered knowingly, intelligently, and voluntarily. The plea agreement is approved.

Therefore, Defendant Lewis is adjudged guilty of Count 1, 3 and 10 of the Indictment, Conspiracy to Possess with Intent to Distribute Controlled Substances, Possession of a Firearm in Furtherance of a Drug Trafficking Crime, Possession with Intent to Distribute Carfentanil, Possession with Intent to Distribute Cocaine, in violation of Titles 21 U.S.C. §§ 846, 18 U.S.C. § 924(c)(1)(A)(i), 21 U.S.C. § 841(a)(1) and (b)(1)(B). This matter was referred to U.S. Pretrial Services and Probation for the completion of a pre-sentence investigation and report.  Sentencing will take place on September 8, 2022 at 12:00 p.m.  either via Zoom or in Courtroom 18B, Carl B. Stokes United States Court House, 801 West Superior Avenue, Cleveland, OH.

IT IS SO ORDERED.

 s/Dan Aaron Polster     5/19/2022
DAN AARON POLSTER
UNITED STATES DISTRICT JUDGE